IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| SAMUEL SHAW, | 1:18CV557 |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT |
| ELON UNIVERSITY, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for leave to allow Plaintiff to file an Amended Complaint. Defendant consents to the request, and the Court finds good cause to allow the motion. In addition, Defendant has filed a Motion for Extension of Time to Answer, which the Court will also allow.

IT IS ORDERED that Plaintiff's Motion to Amend [Doc. #11] is GRANTED, and Plaintiff is given leave to file the Amended Complaint that was attached as Exhibit A to Plaintiff's Motion within five (5) days of the entry of this Order.

IT IS FURTHER ORDERED that Defendant's Motion for Extension of Time [Doc. #12] is GRANTED, and Defendant is given 14 days from the filing of the Amended Complaint to respond to it.

This the 14th day of September, 2018.

                                                  /s/ Joi Elizabeth Peake
                                              United States Magistrate Judge