IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SAMUEL SHAW, <br><br> Plaintiff, <br><br> v. <br><br> ELON UNIVERSITY, <br><br> Defendant. | Civil No. 1:18-CV-00557-WO-JEP |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

NOW COMES Philip W. Paine, an attorney with Pierce Law Group, PLLC, and pursuant to Local Rule 83.1(e), gives notice of his appearance as counsel for Plaintiff Samuel Shaw in the above-referenced action. Mr. Paine appears in place of Laura Beth Waller, who has withdrawn from Pierce Law Group to pursue other legal opportunities. The undersigned hereby requests that all pleadings, motions, notices, correspondence and other papers relating to the above-captioned action be sent to the undersigned at the address listed below.

This the 11th day of June, 2019.

PIERCE LAW GROUP, PLLC

By: /s/Philip W. Paine
Philip W. Paine
NC State Bar No. 31710
Attorneys for Plaintiff
9121 Anson Way, Suite 200
Raleigh, NC 27615
Telephone: (919) 584-5559

# Certificate of Service

The undersigned hereby certifies that the foregoing **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** was duly served in accordance with the Federal Rules of Civil Procedure by electronic service through the Court's CM/ECF system and/or placing a copy thereof in the United States mail, first class postage prepaid, addressed as follows:


Dan M. Hartzog
Katherine Marie Barber-Jones
Dan McCord Hartzog, Jr.
CRANFILL SUMNER & HARTZOG LLP
PO Box 27808
Raleigh, NC 27611


This the 11th day of June, 2019.

                                                PIERCE LAW GROUP, PLLC

                                                s/ Philip W. Paine
                                                Philip W. Paine, Esq.
                                                Attorneys for Plaintiff